United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-60361-Civ-Scola |
| | ) | |
| Harold L. Evans, Defendant. | ) | |

## **Default Judgment**

The Plaintiff has moved for a default judgment consistent with Federal Rule of Civil Procedure 55(b)(2). (Mot. for Default J., ECF No. 13.) Previously, the Clerk of the Court entered a default under Rule 55(a) (ECF No. 11.). "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). In issuing a default judgment, a court may award damages "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," as long as "all essential evidence is already of record." *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

The Complaint alleges that the Defendant owes a debt to the United States in the amount of $18,348.65. (Compl. ¶ 3, ECF No. 1.) The Plaintiff has filed a Certificate of Indebtedness, certifying that U.S. Department of Education records show that the Plaintiff owes $18,348.65. (Mot. for Default J. Ex. B, ECF No. 13-2.) The United States seeks costs in the amount of $125 pursuant to 28 U.S.C. § 1921, and provided an invoice to support this amount. (Mot. for Default J. at Ex. C, ECF No. 13-4.)

Having considered the Motion, the record, and the relevant legal authorities, the Court **grants** the Motion for Default Judgment (ECF No. 13). The Court **enters judgment** in favor of the United States and against Defendant Harold L. Evans, in the amount of $18,473.65, for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate. The Defendant's last known address is 3601 Van Buren Street, Apt. 31, Hollywood, FL 33021. The Court directs the Clerk to **close** this matter.

**Done and ordered** in chambers, at Miami, Florida, on May 17, 2017.

_____
Robert N. Scola, Jr.
United States District Judge